UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDELL EARL VIRGIL,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-01373-JAM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 23 |

Plaintiff has filed a motion for a second extension of time to file an amended complaint. ECF No. 23. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 23, is granted.

2. Plaintiff is granted sixty days from the date of this order in which to file a second amended complaint.

IT IS SO ORDERED.

Dated:   August 19, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE