UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONDELL EARL VIRGIL,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-01373-JAM-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO STATE A CLAIM<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

      On April 20, 2021, I screened plaintiff's first amended complaint, notified him that it failed to state a claim, and gave him sixty days to file an amended complaint. ECF No. 20. I subsequently granted plaintiff's two motions for extensions of time, the most recent extending the deadline to file an amended complaint to October 19, 2021. ECF Nos. 22 & 24. Despite those extensions, plaintiff has not filed an amended complaint.

      To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to

administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss the case for his failure to file an amended complaint. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to state a claim. Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, a second amended complaint.

IT IS SO ORDERED.

Dated:    November 5, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2